DAVID SELTZER, Respondent, *v.* RANDOLPH COWAN, Appellant.

Submitted January 5, 1948; decided January 15, 1948.

*James J. Leff* for motion.
*Katherine L. Merrill* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division, and all papers required by rule 21 (subd. [b]) of the rules of this court are filed with the Clerk. (*Blum* v. *Fresh Grown Preserve Corp.,* 290 N. Y. 857.) [See 297 N. Y. 715.]